IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIRAM MCGILL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-598 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | Re: ECF No. 63 |
| CHESTER BROWN *Correctional Officer*, | ) | |
| ERIC SIMPSON *Sergeant*, LORI | ) | |
| HAMILTON *Deputy Warden*, SAM | ) | |
| BUZZINOTTI *Warden*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Hiram McGill ("Plaintiff") filed this *pro se* civil rights action arising out of allegations that he was sexually harassed and retaliated against while incarcerated at the Indiana County Jail. ECF No. 37.[1] Presently before the Court is Plaintiff's untitled motion at ECF No. 63, which has been docketed as a "Motion to Strike and Motion for Contempt." In this motion, Plaintiff requests the Court to strike the testimony of Officer Paige Shreffler ("Officer Shreffler"), find her to be in contempt, and bring charges against her for lying under oath in state court proceedings arising out of criminal charges filed against him. ECF No. 63.

Upon review, Plaintiff's motion is denied because it seeks relief the Court does not have authority or jurisdiction to grant. Officer Shreffler is not a party to this action, her testimony is not before this Court for consideration, and the Court does not have jurisdiction over Plaintiff's

---

[1] In accordance with the provisions of 28 U.S.C. § 636(c)(1), the parties voluntarily consented to having a United States Magistrate Judge conduct all proceedings in this case, including the entry of a final judgment. ECF Nos. 3 and 56.

state court criminal proceedings. The Court also does not bring criminal charges, which are the province of state and federal law enforcement agencies. For these reasons, the motion is denied. An appropriate Order follows.

AND NOW this 9th day of March, 2023, IT IS HEREBY ORDERED that Plaintiff's Motion to Strike and Motion for Contempt, ECF No. 63, is DENIED.

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:   Hiram McGill
      690 Main Street
      St. Petersburg, PA 16054